UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTONIO TOBIAS CARTER,

        Petitioner,

-vs-                                          Case No.  6:06-cv-375-Orl-19DAB

STATE OF FLORIDA, et al.,

        Respondents.
_____

## ORDER OF DISMISSAL

On March 30, 2006, the Court ordered Petitioner to file, within twenty days from the date of the Order, a computer printout containing all the transactions in his prisoner account for the three months preceding the filing of his petition (Doc. No. 4).  Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice.  As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this __25th_____ day of April, 2006.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc  4/25
Antonio Tobias Carter