UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTONIO TOBIAS CARTER,

        Petitioner,

-vs-                                            Case No. 6:06-cv-375-Orl-19DAB

STATE OF FLORIDA, et al.,

        Respondents.
_____

### ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR RECONSIDERATION (Doc. No. 7)** |
| **FILED:** | **May 17, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

This case was dismissed on April 25, 2006 (Doc. No. 6), and Petitioner has failed to demonstrate any basis for reconsideration of the Order.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _19th__ day of May, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 5/18
Antonio Tobias Cater