UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTONIO TOBIAS CARTER,

              Petitioner,

-vs-                                                          Case No. 6:06-cv-375-Orl-19DAB

STATE OF FLORIDA, et al.,

              Respondents.
_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 10)** |
| **FILED:** | May 30, 2006 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this ___31st_____ day of May, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 5/31
Antonio Tobias Carter